November 5, 2015



# JUDGMENT

## 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

WILLIAM SATTERWHITE, JR., Appellant

NO. 14-15-00699-CV                    V.

CHRISTOPHER EVANS AND YI ZHANG, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on May 12, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, William Satterwhite, Jr.

We further order this decision certified below for observance.